IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00465-BNB

FERNANDO L. CARRILLO,

    Plaintiff,

v.

PUEBLO COUNTY COURT,

    Defendant.

ORDER OF DISMISSAL

    Plaintiff, Fernando L. Carrillo, is an inmate at the Pueblo County Detention Center in Pueblo, Colorado. Mr. Carrillo initiated this action by filing *pro se* a letter (ECF No. 1) complaining about a malicious prosecution. The instant action was commenced and, on February 24, 2014, Magistrate Judge Boyd N. Boland entered an order directing Mr. Carrillo to cure certain deficiencies if he wished to pursue any claims in this action. Specifically, Magistrate Judge Boland directed Mr. Carrillo to file on the court-approved form a Prisoner Complaint and either to pay filing and administrative fees totaling $400.00 or to file on the court-approved form a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 along with a certified copy of his inmate trust fund account statement and an authorization to calculate and disburse filing fee payments. Mr. Carrillo was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

    On March 11, 2014, Mr. Carrillo filed a Title VII Complaint (ECF No. 4) and a

Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 5). However, he has failed to cure the deficiencies within the time allowed because his filings are not on the proper forms, as directed.  Even construing the Title VII Complaint liberally, Mr. Carrillo fails to provide a clear statement of the claims he seeks to pursue against Defendant in this action.  Furthermore, Mr. Carrillo has failed to submit a certified copy of his inmate trust fund account statement in support of the motion seeking leave to proceed *in forma pauperis,* as required pursuant to 28 U.S.C. § 1915(a)(2), and an authorization to calculate and disburse filing fee payments. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the Title VII Complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Carrillo failed to cure the deficiencies as directed.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.  It is

FURTHER ORDERED that the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 5) is denied as moot.

DATED at Denver, Colorado, this  3rd  day of   April  , 2014.

BY THE COURT:

 s/ Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court